147 A.3d 406

**SHORT, Ronald Jefferson**

v.

**STATE of Maryland**

**Pet. Docket No. 333, Sept.Term, 2016**

Court of Appeals of Maryland.

October 31, 2016

Opinion of the Court of Special Appeals unreported (No. 576, Sept. Term, 2015).

Petition for writ of certiorari denied.

■

147 A.3d 406

**SIDDIQUI**

v.

**SHIRLEY**

**Pet. Docket No. 163, Sept. Term, 2016**

Court of Appeals of Maryland.

October 31, 2016

(No. CAL15–25038, Circuit Court for Prince George's County).

Petition for writ of certiorari denied.